UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ZAKI AWIL, | |
| Plaintiff, | C16-701 TSZ |
| v. | MINUTE ORDER |
| ICICLE SEAFOODS, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)   The parties' stipulated motion to continue the trial date and related deadlines, docket no. 10, is GRANTED as follows:

| **BENCH TRIAL DATE (5-7 days)** | **November 27, 2017** |
|---|---|
| Disclosure of expert testimony | June 21, 2017 |
| Discovery motions filing deadline | July 27, 2017 |
| Discovery completion date | August 23, 2017 |
| Dispositive motions filing deadline | September 7, 2017 |
| Motions in limine filing deadline | October 26, 2017 |

MINUTE ORDER - 1

| Agreed pretrial order due | November 9, 2017 |
|---|---|
| Trial briefs due | November 9, 2017 |
| Pretrial conference scheduled for | November 17, 2017 at 11:00 a.m. |
| Proposed findings of fact and conclusions of law and deposition testimony designations due | November 21, 2017 |

All other terms and conditions, and all dates and deadlines not inconsistent herewith, contained in the Minute Order Setting Trial Date and Related Dates, docket no. 8, shall remain in full force and effect.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 16th day of February, 2017.

William M. McCool
Clerk

s/Karen Dews
Deputy Clerk

MINUTE ORDER - 2